IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01824–MSK–KMT

IRMA BENNETT,

   Plaintiff,

v.

BRYAN M. MAHAN, D.O.,
BURT FOWLER, M.D.,
FRED JENNINGS, P.A., and
MEMORIAL HEALTH SYSTEM, an enterprise of the City of Colorado Springs, Colorado, doing business as MEMORIAL HOSPITAL,

   Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion to Amend Scheduling Order" (Doc No. 59, filed May 11, 2012) is GRANTED. Although the Trial Preparation Order entered in this case provides "[e]xtensions of time and continuances will not normally be granted for 'press of other business' or for circumstances that could reasonably have been anticipated" (Doc. No. 37, filed Dec. 16, 2011), the court finds that the number of dispositive and partially dispositive motions pending amounts to good cause for Plaintiff's proposed amendments to the Scheduling Order. Accordingly, Plaintiff may serve her expert disclosures no later than September 7, 2012 and Defendants may serve their expert disclosures no later than October 7, 2012. All rebuttal expert disclosures shall be served no later than November 7, 2012. The Discovery Deadline is extended to December 7, 2012 and the Dispositive Motions deadline is extended to December 21, 2012.

Dated: May 21, 2012