IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01824-JLK-KMT

IRMA BENNETT,

                          Plaintiff,

v.

BRIAN M. MAHAN, DO;
BURT FOWLER, MD;
FRED JENNINGS, PA; and
MEMORIAL HEALTH SYSTEM, an Enterprise of the City of Colorado Springs,
Colorado, Doing Business as MEMORIAL HOSPITAL,

                          Defendants.

---

### STIPULATED MOTION REQUESTING APPROVAL OF DISMISSAL WITH PREJUDICE OF DEFENDANT, FRED JENNINGS, PA ONLY

---

Plaintiff, Irma Bennett, Defendant, Memorial Health System and Defendant, Fred Jennings, PA (hereinafter, the "Parties"), by and through their respective, undersigned counsel, and pursuant to Fed.R.Civ.P. 41(a)(2) and MSK Civ. Practice Standard II.I regarding Partial Case Settlement/Dismissal, respectfully submit the following Stipulated Motion Requesting Approval of Dismissal with Prejudice of Defendant, Fred Jennings, PA.

1. That all matters involving Plaintiff and Defendant Jennings have been resolved to their mutual satisfaction, and the parties hereto agree to the dismissal with prejudice of Defendant Jennings as a party to this action as to all claims brought or that could be brought against Defendant Jennings.

2. The parties agree that they will bear their own costs and attorneys fees in this matter.

3. The parties further stipulate and agree that an appropriate Order of Dismissal with Prejudice regarding all claims against Defendant Jennings be entered upon the filing of this Stipulated Motion for Dismissal with Prejudice.

WHEREFORE, the parties respectfully request the Court to grant their Stipulated Motion for Dismissal with Prejudice as to all claims brought or that could be brought against Defendant Jennings. A proposed Order is filed herewith for the Court's consideration.

Respectfully submitted on October 9, 2012.

s/Kimberly F. W. DeLine
Kimberly F. W. DeLine, Esq. #36212
Retherford, Mullen & Moore, LLC
2925 Professional Place, #202
Colorado Springs, CO 80904
Telephone: (719) 884.2844
Fax: (719) 884.2845
E-Mail: kdeline@rmmattys.com
*Counsel for Defendant, Fred Jennings, PA*

Alfred (Fred) Paoli, Jr.
Bogue & Paoli, LLC
1401 – 17th Street, #320
Denver, CO 80202
Telephone: 303.382.1990
Fax: 303.382.1982
E-Mail: fpaoli@bridgeband.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 9, 2012, a true and correct copy of the foregoing document was electronically filed with the Court Clerk using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alfred Paoli, Jr.  E-mail: fpaoli@bridgeband.com
*Counsel for Plaintiff, Irma Bennett*

John O. Martin  E-mail: jmartin@martinconklin.com
Kathleen M. Shea  E-mail: kshea@martinconklin.com
*Counsel for Defendant, Burt Fowler, MD*

J. Stephen Mullen  E-mail: smullen@rmmattys.com
Kimberly F.W. Deline  E-mail: kdeline@rmmattys.com
*Counsel for Defendants, Fred Jennings, PA, and Memorial Health System, d/b/a Memorial Hospital*

s/ Mona Reeves
Mona Reeves
Secretary to Kimberly F.W. DeLine