IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01824-MSK-KMT

IRMA BENNETT,

       Plaintiff,

v.

BRIAN M. MAHAN, D.O.;
BURT FOWLER, M.D.;
MEMORIAL HEALTH SYSTEM, an Enterprise of the City of Colorado Springs, Colorado,
doing business as MEMORIAL HOSPITAL,

       Defendants.

---

## ORDER DISMISSING CLAIMS AGAINST FRED JENNINGS, PA

---

THIS MATTER comes before the Court on the Stipulated Motion Requesting Approval

of Dismissal with Prejudice of Defendant, Fred Jennings, PA Only (Motion) **(#73)** filed October

9, 2012.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and claims asserted against

Defendant Fred Jennings, PA, are dismissed without prejudice.  All future captions shall omit the

name of Fred Jennings, PA.

DATED this 11th day of October, 2012.

**BY THE COURT:**

_Marcia S. Krieger_

_____
Marcia S. Krieger
United States District Judge