IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 2011-CV-01824-MSK-KMT

IRMA BENNETT,

    Plaintiff,

vs.

BRYAN M. MAHAN, D.O.,
BURT FOWLER, M.D.,
FRED JENNINGS, P.A., and
MEMORIAL HEALTH SYSTEM, an Enterprise of the City of Colorado Springs, Colorado, doing business as MEMORIAL HOSPITAL.

    Defendants.

## NOTICE

Pursuant to this Court's OPINION AND ORDER DENYING DEFENDANTS FOWLER, JENNINGS, AND MEMORIAL'S MOTIONS TO DISMISS, AND GRANTING MOTION TO DISMISS DEFENDANT MAHAN, Document ID 69 dated September 19, 2012, Peter W. Pryor and Steven P. Johnston of the law firm of Pryor Johnson Carney Karr Nixon, P.C., as counsel for Defendant, Bryan M. Mahan, D.O., respectfully request termination of electronic service in this matter as to Dr. Mahan and his counsel.  Dr. Bryan M. Mahan was dismissed from the above action on September 19, 2012 and is no longer a party to the proceedings.  Accordingly, service should be terminated as to Defendant Bryan Mahan, D.O. only.

Respectfully submitted this 11th day of October, 2012.

                                                     s/ Peter Pryor
                                                   ***Peter Pryor***
                                                   ***Steven P. Johnston***
                                                   Pryor Johnson Carney Karr Nixon, P.C.
                                                   5619 DTC Parkway, Suite 1200
                                                   Greenwood Village, CO 80111
                                                   Telephone: (303) 773-3500
                                                   FAX: (303) 779-0740
                                                   E-Mail: ppryor@pjckn.com
                                                   E-Mail: sjohnston@pjckn.com
                                                   Attorneys for Defendant Bryan M. Mahan, D.O.

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2012 I electronically filed the foregoing **NOTICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alfred Paoli, Jr.
E-mail: fpaoli@bridgeband.com

Jeffrey A. Bogue
E-mail: jbogue@bogue-paoli.com

John O. Martin
E-mail: jmartin@martinconklin.com

Kathleen M. Shea
E-mail:  kshea@martinconklin.com

J. Stephen Mullen
E-mail:  smullen@rmmattys.com

Kimberly F.W. Deline
E-mail: kdeline@rmmattys.com

Michael A. Watts
E-mail: mwatts@rmmattys.com

                                               s/ Peter Pryor
                                               Peter Pryor
Attorney for Defendant Bryan M. Mahan, D.O.
Pryor Johnson Carney Karr Nixon, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
Telephone: (303) 773-3500
FAX: (303) 779-0740
E-Mail: ppryor@pjckn.com