IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01824-JLK-KMT

IRMA BENNETT,

                              Plaintiff,

v.

BRIAN M. MAHAN, DO;
BURT FOWLER, MD;
FRED JENNINGS, PA; and
MEMORIAL HEALTH SYSTEM, an Enterprise of the City of Colorado Springs, Colorado, Doing Business as MEMORIAL HOSPITAL,

                              Defendants.

---

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE
AS TO DEFENDANT, MEMORIAL HEALTH SYSTEM,
AN ENTERPRISE OF THE CITY OF COLORADO SPRINGS, COLORADO,
DOING BUSINESS AS MEMORIAL HOSPITAL**

---

Plaintiff, Irma Bennett, and Defendant, MEMORIAL HEALTH SYSTEM, an Enterprise of the City of Colorado Springs, Colorado, by and through their respective, undersigned attorneys, respectfully submit the following Stipulated Motion for Dismissal with Prejudice, stating as follows:

1. That all matters involving the Plaintiff and Defendant, MEMORIAL HEALTH SYSTEM, an Enterprise of the City of Colorado Springs, Colorado, doing business as MEMORIAL HOSPITAL, only have been resolved, and the parties hereto mutually agree to the dismissal with prejudice of this action as to Defendant MEMORIAL HEALTH SYSTEM only.

2. The parties further agree that they will bear their respective costs and attorneys fees in this matter.

3. The parties further stipulate and agree that an appropriate Order of Dismissal with Prejudice regarding all claims against Defendant MEMORIAL HEALTH SYSTEM only be entered upon the filing of this Stipulated Motion for Dismissal with Prejudice.

WHEREFORE, the parties respectfully request the Court to grant their Stipulated Motion for Dismissal with Prejudice as to all claims brought or that could be brought against Defendant MEMORIAL HEALTH SYSTEM only. A proposed Order is filed herewith for the Court's consideration.

Respectfully submitted on October ___, 2012.

_____
Alfred Paoli, Jr., Esq.
Bogue & Paoli, LLC
1401 -17th Street, #320
Denver, CO 80202
Telephone: 303.382.1990
*Counsel for Plaintiff, Irma Bennett*

s/Kimberly F. W. DeLine
Kimberly F. W. DeLine, Esq.
Retherford, Mullen & Moore, LLC
2925 Professional Place, #202
Colorado Springs, CO 80904
Telephone: 719.884.2844
*Counsel for Defendant, MEMORIAL HEALTH SYSTEM, an Enterprise of the City of Colorado Springs, Colorado, Doing Business as MEMORIAL HOSPITAL*

*In accordance with C.R.C.P. 121 § 1-29(9) a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 30, 2012, a true and correct copy of the foregoing document was electronically filed with the Court Clerk using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Alfred Paoli, Jr.<br>*Counsel for Plaintiff, Irma Bennett* | E-mail: fpaoli@bridgeband.com |
| John O. Martin<br>Kathleen M. Shea<br>*Counsel for Defendant, Burt Fowler, MD* | E-mail: jmartin@martinconklin.com<br>E-mail: kshea@martinconklin.com |
| J. Stephen Mullen<br>Kimberly F.W. Deline<br>*Counsel for Defendants, Fred Jennings, P.A. and Memorial Health System, d/b/a Memorial Hospital* | E-mail: smullen@rmmattys.com<br>E-mail: kdeline@rmmattys.com |

s/Mona Reeves
Mona Reeves
Secretary to Kimberly F.W. DeLine