IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01824-MSK-KMT

IRMA BENNETT,

    Plaintiff,

v.

BURT FOWLER, M.D.,

    Defendant.

---

**ORDER DISMISSING CLAIMS WITH PREJUDICE**

---

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal with Prejudice as to Defendant, Memorial Health System, an Enterprise of the City of Colorado Springs, Colorado, doing business as Memorial Hospital (Motion) **(#76)** filed October 30, 2012. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims brought or could be brought against Defendant Memorial Health System are hereby dismissed with prejudice, each party to bear his, her or its own costs and attorneys fees. All further captions shall so reflect.

DATED this 30th day of October, 2012.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge