# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 2011-CV-01824-MSK-KMT

IRMA BENNETT,

    Plaintiff,

v.

BURT FOWLER, M.D.,

    Defendant.

---

## STIPULATED MOTION FOR DISMISSAL OF DEFENDANT BURT FOWLER, M.D. WITH PREJUDICE

---

    Plaintiff, Irma Bennett, and Defendant, Burt Fowler, M.D., by and through their respective counsel, respectfully submit the following Stipulated Motion for Dismissal of Defendant Burt Fowler, M.D. With Prejudice, stating as follows:

    1.    All matters involving the Plaintiff and Defendant, Burt Fowler, M.D., have been resolved and the parties mutually agree to the dismissal of Defendant Burt Fowler, M.D. with prejudice.

    2.    The parties further agree that they will bear their respective costs and attorneys fees in this matter.

    3.    The parties further stipulate and agree that an appropriate Order of Dismissal of Defendant Burt Fowler, M.D. With Prejudice be entered upon the filing of this Stipulated Motion for Dismissal of Defendant Burt Fowler, M.D. With Prejudice.

WHEREFORE, the parties respectfully request the Court grant their Stipulated Motion for Dismissal With Prejudice as to all claims brought or that could be brought against Defendant Burt Fowler, M.D.  A proposed Order is submitted herewith for the Court's consideration.

Dated  12-27-12  .

        Respectfully submitted,

By: _____
    Alfred Paoli, Fr., Esq.
    Bogue & Paoli, LLC
    1401 – 17th St., #320
    Denver, CO 80206
    Phone: (303) 382-1990

    Attorney for Plaintiff, Irma Bennett

By: _____
    John O. Martin
    Shirley B. Gien
    Martin Conklin, P.C.
    90 Madison Street, Suite 601
    Denver, CO 80206
    Phone: (303) 321-1980
    Fax:   (303) 321-8828
    Email: jmartin@martinconklin.com

    Attorneys for Defendant Burt N. Fowler, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that on __12/27__, 20_12_, I electronically filed a true and correct copy of the above and foregoing STIPULATED MOTION FOR DISMISSAL OF DEFENDANT BURT FOWLER, M.D. WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Alfred Paoli, Jr., Esq. apaoli@bogue-paoli.com
Jeffrey A. Bogue, Esq. jbogue@bogue-paoli.com
Bogue & Paoli L.L.C.

*A duly signed original is available at the offices of MARTIN CONKLIN, P.C.*

/s/ Erica D. Whitlock
ewhitlock@martinconklin.com